UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH MICHAEL FINOCCHIO, | No. 2:22-cv-01604 DJC KJN P |
| Petitioner, | |
| v. | ORDER |
| S. MOORE, | |
| Respondent. | |

On February 21, 2024, the Magistrate Judge issued Findings and Recommendations recommending that Petitioner's Application for Writ of Habeas Corpus be denied and this action be dismissed. (ECF No. 28.) Objections to the Findings and Recommendations were due within 14 days. (*Id.*) On April 1, 2024, after 14 days had already passed, the Court adopted the Findings and Recommendations, denied Petitioner's Application for Writ of Habeas Corpus be denied, and dismissed this action. (ECF No. 29.) After that order issued, the Court received Objections from Petitioner which were signed and dated March 5, 2024, within the 14-day deadline. (ECF No. 31.)

Having reviewed Petitioner's Objections, the Court finds the Findings and Recommendations to be supported by the record and the proper analysis.

////

////

1

1  Accordingly, the Court's prior Order (ECF No. 29) and entry of judgment in this
2  action (ECF No. 30) remain proper even in light of Petitioner's Objections.

Dated: April 5, 2024                    /s/ Daniel J. Calabretta
                                        THE HONORABLE DANIEL J. CALABRETTA
                                        UNITED STATES DISTRICT JUDGE